JOHN J. BUCKLEY, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

*Buckley* v. *The Mayor,* 39 App. Div. 463, affirmed.
(Argued May 10, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1898, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John Whalen, Corporation Counsel (Theodore Connoly* and *William B. Crowell* of counsel), for appellant.

*Albert I. Sire* and *William L. Stone, Jr.,* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

THE WOODSIDE WATER COMPANY, Appellant, *v.* LONG ISLAND CITY, Respondent.

*Woodside Water Co.* v. *Long Island City,* 23 App. Div. 78, affirmed.
(Submitted May 10, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1897, upon an order affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special. Term.

*F. H. Van Vechten* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.